IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MANUEL BURGOS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>M. YARBOROUGH, et al.,<br><br>　　　　　　Respondents. | CIV S-04-0021 FCD DAD P<br><br>**ORDER** |

　　　　Respondents have requested a thirty-day enlargement of time to file a response to the second amended petition for writ of habeas corpus pursuant to this Court's order of March 22, 2005.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　Respondents' request for an enlargement of time is granted;

　　　　2.　Respondents are granted thirty days from the service of this order in which to file a response to petitioner's second amended petition.

DATED: April 27, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
burg0021.111

1