IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD MANUEL BURGOS,** | No. CIV S-04-0021 FCD DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **M. YARBOROUGH, Warden,** et al., | |
| Respondents. | |

Respondents have requested a thirty-day enlargement of time to file a response to the second amended petition for writ of habeas corpus pursuant to this Court's order of March 22, 2005.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents' request for an enlargement of time is granted;

2. Respondents are granted thirty days from the service of this order in which to file a response to petitioner's second amended petition.

DATED: May 31, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
burg0021.eot2