IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD MANUEL BURGOS,** | CIV S-04-0021 FCD DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **M. YARBOROUGH, Warden,** | |
| Respondent. | |

Good cause appearing, it is ordered that the time for filing Respondent's response be extended to and including August 1, 2005.

IT IS SO ORDERED:

DATED: June 29, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
burg0021.ext3