IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD MANUEL BURGOS,** | CIV S-04-0021 FCD DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **M. YARBOROUGH, Warden,** | |
| Respondent. | |

Good cause appearing, it is ordered that the time for filing Respondent's answer be extended to and including August 31, 2005.  No further extensions will be granted.

IT IS SO ORDERED:

DATED: July 26, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
burg0021.eot4

[Proposed] Order

1