FILED

SEP 22 2005

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MANUEL BURGOS,

    Petitioner,

vs.

M. YARBOROUGH, et al.,

    Respondents.

No. CIV S-04-0021 FCD DAD P

ORDER

    Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus. Filed concurrently with this order is an order granting respondents' motion to seal certain documents. On September 16, 2005, petitioner filed a motion requesting copies of the sealed documents. The court will order respondents to file their opposition, if any.

    Accordingly, IT IS HEREBY ORDERED that within ten days, respondents shall file an opposition, if any, to petitioner's motion to obtain copies of the sealed documents.

DATED: September 22, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
burg0021.ord