IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MANUEL BURGOS,

    Petitioner,                    No. CIV S-04-0021 FCD DAD P

    vs.

M. YARBOROUGH, et al.,

    Respondents.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a second amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 22, 2005, the court ordered respondents to file an opposition, if any, to petitioner's motion to obtain copies of the sealed documents. Respondents indicate that they do not oppose this request; however, respondents oppose petitioner's request for copies of the documents lodged on August 31, 2005. Those documents include: petitioner's state court briefs, petition for review, and state habeas petitions; the orders of the state courts denying the petition for review and state habeas petitions; the People's brief to the California Court of Appeal, Third Appellate District; reporter's and clerk's transcripts; and the sealed documents. Petitioner filed a reply styled, "Motion In Opposition To Respondents [sic] Refusal To Provide Petitioner All Lodged Documents With The Court, Pursuant To 28 U.S.C. Section 2250."

1

1    In light of respondent's non-opposition, the court will order respondents to
2 provide petitioner with a copy of the sealed documents; however, the court will not order
3 respondents to serve copies of the other lodged documents on petitioner.  The court is not
4 persuaded that the documents are necessary in order for petitioner to file his optional traverse.
5 Petitioner makes the following assertion:

> Petitioner is in need of the record in order to effectively prepare a defense inorder [sic] to otain [sic] his Liberties under the protections of due process and equal protection under the United States Constitution.  Petitioner is also in need of the record to adequately present accurate facts, and exhibits from the certified record to support his 28 U.S.C. Section 2254 Petition, and legal claims.

(Pet'r's Mot. in Opp'n, at 3.)  This is vague and fails to inform the court what information petitioner seeks from the documents and how the information is critical to support petitioner's claims.  In addition, the court notes that petitioner is seeking copies of documents that were previously available to him.

Accordingly, IT IS HEREBY ORDERED that respondents shall provide petitioner with a copy of the documents which were sealed pursuant to the court's September 22, 2005 order.

DATED: October 5, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
burg0021.docs

2