IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MANUEL BURGOS,

    Petitioner,               No. CIV S-04-0021 FCD DAD P

    vs.

M. YARBOROUGH, et al.,

    Respondents.        <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file and serve a traverse pursuant to the court's order of March 22, 2005.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's October 17, 2005 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: October 21, 2005.

                                     /s/ Dale A. Drozd
                                     DALE A. DROZD
                                     UNITED STATES MAGISTRATE JUDGE

DAD/bb
burg0021.111t