IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MANUEL BURGOS,

    Petitioner,                        No. CIV S-04-0021 FCD DAD P

    vs.

M. YARBOROUGH, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        On October 6, 2005, the Magistrate Judge issued an order ordering respondents to provide petitioner with a copy of documents sealed pursuant to the court's September 22, 2005 order. However, the court did not order respondents to provide petitioner with copies of documents that were lodged with the court on September 1, 2005. On November 3, 2005, petitioner filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Petitioner's request for reconsideration of the magistrate judge's order of October 6, 2005 is therefore untimely.

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's November 3, 2005
2 request for reconsideration is denied.
3 DATED: December 6, 2005
4
5                                     /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL JR.
                                    United States District Judge