IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MANUEL BURGOS,

    Petitioner,                    No. CIV S-04-0021 FCD DAD P

    vs.

M. YARBOROUGH, et al.,

    Respondents.          <u>ORDER</u>

/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's July 18, 2008 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

/////

1

1 court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,
2 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

3       Petitioner has made a substantial showing of the denial of a constitutional right in
4 the following issues presented in the instant petition: (1) whether his appellate counsel rendered
5 ineffective assistance by failing to raise numerous issues on appeal; and (2) whether his plea of
6 no contest was involuntary.

7       Petitioner has also filed a motion for the appointment of counsel on appeal. That
8 motion will be denied without prejudice to its renewal in the Court of Appeals for the Ninth
9 Circuit.

10       Finally, petitioner has filed a request to proceed in forma pauperis on appeal. The
11 court docket reflects that petitioner's request to proceed in forma pauperis in the district court
12 was granted. Under these circumstances, petitioner does not need court permission to proceed in
13 forma pauperis on appeal. Fed. R. App. P. 24(a)(3).

14       Accordingly, IT IS HEREBY ORDERED that:

15       1. A certificate of appealability is issued in the present action;

16       2. Petitioner's July 29, 2008 request for the appointment of counsel on appeal is
17 denied without prejudice to its renewal in the Court of Appeals for the Ninth Circuit; and

18       3. Petitioner's request to proceed in forma pauperis on appeal is denied as
19 unnecessary.

20 DATED: August 21, 2008.

                        FRANK C. DAMRELL, JR.
                        UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.

2